# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| WALTER W. SERNIUK | Case Number: 6:05-MJ-0008-WMW |
| | USM Number: |
| | Timothy Rote |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☒ was found guilty on count(s)   Count One
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 2244 (B) | Abusive Sexual Contact | 5/19/2004 | One |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/17/2006
Date of Imposition of Judgment

_[signature]_
Signature of Judge

William M. Wunderlich | U.S. Magistrate Judge
Name of Judge | Title of Judge

1/18/2006
Date

DEFENDANT: WALTER W. SERNIUK
CASE NUMBER: 6:05-MJ-0008-WMW

## PROBATION

The defendant is hereby sentenced to probation for a term of:

24 MONTHS

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☑ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: WALTER W. SERNIUK
CASE NUMBER: 6:05-MJ-0008-WMW

## ADDITIONAL PROBATION TERMS

1. Pursuant to 18 USC 3563 (b)(10), the defendant is remanded to the custody of the Bureau of Prisons to be imprisioned for a term of six months, two months suspended, for a total of four months. The Court recommends the defendant be incarcerated at an institution in California, but only so far as this recommendation accords with security classification and space availability.

2. Upon release for imprisonment, the defendant shall be placed on supervised probation for a term of 24 months. Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district which the defendant is released.

3. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

4. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of alcohol.

5. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient and outpatient).

6. As directed by the probation officer, the defendant shall attend, cooperate with, and actively participate in a sex offender treatment program.

7. The defendant shall register, as required in the jurisdiction in which he resides, as a sex offender.

8. The defendant shall submit to the collection of DNA as directed by the probation officer.

9. During the term of supervised probation, the defendant shall remain outside the boundaries of Yosemite National Park, and shall enter the park for Court appearances only, or with prior permission from the probation officer.

10. The defendant shall have no contact with the victim, Katherince Mary Dewaard, in any manner, whether in person, by telephone, by computer (email), by mail, or by third party contact.

11. The defendant shall a pay fine total of $1990 and a $10 penalty assessment, through the U.S. Probation Office, to the Clerk of Court in Sacramento. Payment shall commence as direceted by probation officer once defendant is released from custody.