Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Walter M. SERNIUK |
| **Docket Number:** | 6:05M00008-01 |
| **Offender Address:** | Joshua Tree, California |
| **Judicial Officer:** | Honorable William M. Wunderlich<br>United States Magistrate Judge<br>Yosemite, California |
| **Original Sentence Date:** | 01/17/2006 |
| **Original Offense:** | 18 USC 2244(b) - Abusive Sexual Contact<br>(CLASS B MISDEMEANOR) |
| **Original Sentence:** | 24-months probation |
| **Special Conditions:** | Pursuant to 18 USC 3563(b)(10), the defendant shall serve 6 months custody of the Bureau of Prisons, two months suspended, for a total of four months; Within 72 hours of release from custody, the defendant shall report to the probation office in the district which the defendant is released; Abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale; Participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if he has reverted to the use of alcohol; Participate in a program of mental health treatment (inpatient and outpatient); Shall attend, cooperate with, and actively participate in a sex offender treatment program; Register, as required in the jurisdiction in which he resides, as a sex offender; Submit to the collection of DNA as directed by the probation officer; During the term of probation, the defendant shall remain outside the boundaries of Yosemite National Park, and shall enter the part for Court appearances only, or with |

**RE:** Walter W. SERNIUK
**Docket Number: 6:05M00008-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

prior permission from the probation officer; The defendant shall have no contact with the victim, Katherine Mary Dewaard, in any manner, whether in person, by telephone, by computer (email), by mail or by third party contact; The defendant shall pay a fine of $1,990 and a $10 penalty assessment for a total of $2,000. Payment shall commence as directed by the probation officer once defendant is released from custody.

| | |
|---|---|
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 01/17/2006 |
| **Law Enforcement Officer:** | Elizabeth Waldow   **Telephone:** (209) 372-0243 |
| **Defense Attorney:** | Timothy Rote   **Telephone:** (800) 887-0000 |
| **Other Court Action:** | None. |

RE:     **Walter W. SERNIUK**
        **Docket Number:  6:05M00008-01**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The offender shall participate in a psychological/psychiatric counseling and/or a sex offender treatment program, which may include inpatient treatment, as approved and directed by the probation officer. The offender shall abide by all rules, requirements, and conditions of such program, including submission to risk assessment evaluation(s), and physiological testing, such as polygraph, plethysmograph, and Abel testing, and shall take all prescribed medication.

2. The offender shall submit his person, residence, office, vehicle or other area under the supervisee's control, to search conducted by the U. S. Probation Officer or other law enforcement officer under the direction and control of the probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of the conditions of supervision. Failure to submit to a search may be grounds for revocation. The offender shall warn any residents that the premises may be subject to searches pursuant to this condition.

**Justification:**   On January 17, 2006, the offender was placed on 2 years formal probation for Abusive Sexual Contact. Among the conditions of probation, Serniuk was ordered to serve four months custody of the Bureau of Prisons. On May 16, 2006, the offender released from custody and moved to the town of Joshua Tree, California, where he continues to reside. The probation officer sent a request to the Central District of California that they supervise Serniuk's case since he now resides in their district. On June 15, 2006, I received a notice from the supervising probation officer in the Central District of California,

RE:     Walter W. SERNIUK
        Docket Number:  6:05M00008-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

that they would supervise the offender on a courtesy basis if Serniuk agreed to the modification of his conditions of probation.  The modifications are warrantless search and seizure and sex offender counseling.   The offender agreed to both conditions, and the Consent to Modify Supervision Order is available for the Court's review.  The search condition is new.  The request for sex offender treatment/counseling was ordered by Your Honor at the time of sentencing.  However, the wording from the Central District Probation Office is different in that it is more specific and encompassing as it requires Serniuk to submit to psychological and physiological testing, such as the polygraph test and the plethysmograph test.

The probation officer believes the requested modifications are warranted and would be beneficial to both the supervising probation officer and Serniuk in the supervision of his case.

                            Respectfully submitted,

                            /s/ Casey Horner, Sr.

                            **CASEY HORNER, SR.
                            Senior United States Probation Officer**
                            Telephone:  (209) 574-9481

**DATED:**    June 20, 2006
              Modesto, California
              CKH:lr


**REVIEWED BY:**    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER
                    Supervising United States Probation Officer**

**RE:    Walter W. SERNIUK**
**Docket Number:  6:05M00008-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

| | |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Elizabeth Waldow, Law Enforcement Officer
      Timothy Rote, Private Counsel
      Defendant
      Court File

Attachment:    Presentence Report (Sacramento only)IT IS SO ORDERED.

**Dated:   June 21, 2006**              /s/  **William M. Wunderlich**
mmkd34                         UNITED STATES MAGISTRATE JUDGE

Rev. 05/2006
VIOLATION__PETITION (PROB12B) (MODIFICATION).MRG